**EXHIBIT A**

EXHIBIT A



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | PORTFOLIO RECOVERY ASSOCIATES, L.L.C. | File Number | 02501457 |
| Status | ACTIVE | On | 02/21/2013 |
| Entity Type | LLC | Type of LLC | Foreign |
| File Date | 04/14/2008 | Jurisdiction | DE |
| Agent Name | ILLINOIS CORPORATION SERVICE C | Agent Change Date | 06/06/2013 |
| Agent Street Address | 801 ADLAI STEVENSON DRIVE | Principal Office | 120 CORPORATE BLVD NORFOLK, VA 23502 |
| Agent City | SPRINGFIELD | Management Type | MBR  View |
| Agent Zip | 62703 | Duration | PERPETUAL |
| Annual Report Filing Date | 02/21/2013 | For Year | 2013 |
| Series Name | NOT AUTHORIZED TO ESTABLISH SERIES | | |

Return to the Search Screen

Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE

**EXHIBIT B**

EXHIBIT B

State of Illinois – License Look-up Results                                              1/24/14, 10:50 AM

Print this Listing

1/24/2014    **Illinois Division of Professional Regulation**    10:49:58 AM

**SEARCH FOR LICENSEE BY PROFESSION:**
Collection Agency, Licensed
**THERE ARE 1 RECORDS WHOSE NAME CONTAINS: Portfolio Recovery**

| Licensee's Name | DBA/AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC | | 017021124 | ACTIVE | NORFOLK, VA | 05/08/2008 | 05/31/2015 | N |

**Page 1**

**EXHIBIT C**

EXHIBIT C

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, F

**PORTFOLIO RECOVERY ASSOCIATES LLC**
                    Plaintiff

vs.

**MICHAEL P RILEY**

                    Defendant(s)

# 13M1   168370

Case No:

Amount Claimed: $35173.09 + costs

Return Date:   01-13-14

## COMPLAINT

The Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, claims as follows:

1.  The Defendant(s) MICHAEL P RILEY
    is/are a resident of COOK County, Illinois.

2.  The Defendant(s) opened a charge account with CHASE BANK USA, N.A. HERITAGE BANK ONE,
    agreeing to make monthly payments for the purchases charged to the account.

3.  Plaintiff is the successor in interest of said account from CHASE BANK USA, N.A. HERITAGE BANK ONE
    having purchased said account in the regular course of business in good faith and for value.

4.  The Defendant(s) did make purchases and charged same to the account but failed to make the monthly
    payments called for on the account.  There is a balance due and owing $35173.09.
    (See Client affidavit as Plaintiff's Exhibit No. 1.)

5.  Plaintiff declared Defendant(s) to be in default and demands payment of balance.

**WHEREFORE**, the Plaintiff, PORTFOLIO RECOVERY ASSOCIATES LLC, prays for judgment against the
Defendant(s), MICHAEL P RILEY   , in the
amount of $35173.09 plus costs.

Blatt, Hasenmiller, Leibsker & Moore, LLC - 01237
125 South Wacker Drive, Suite 400
Chicago, IL 60606
(866) 269-9858
dlservice@bhlmlaw.com

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

BLCCP (02/2003)

**AFFIDAVIT**

2768750

of Virginia
y of Norfolk ss.

I, the undersigned, _____Elaine Freeman-Lark_____, Custodian of Records, for Portfolio Recovery Associates, LLC
hereby depose, affirm and state as follows:

1.    I am competent to testify to the matters contained herein.

2.    I am an authorized employee of Portfolio Recovery Associates, LLC, ("Account Assignee") which is doing
business at Riverside Commerce Center, 120 Corporate Boulevard, Norfolk, Virginia, and I am authorized to make the
statements, representations and averments herein, and do so based upon a review of the business records of the Account
Assignee and those records transferred to Account Assignee from **CHASE BANK USA, N.A./HERITAGE BANK ONE**
("Account Seller"), which have become a part of and have integrated into Account Assignee's business records, in the
ordinary course of business.

3.    According to the business records, which are maintained in the ordinary course of business, the account, and all
proceeds of the account are now owned by the Account Assignee, all of the Account Seller's interest in such account
having been sold, assigned and transferred by the Account Seller on 5/24/2011. Further, the Account Assignee has been
assigned all of the Account Seller's power and authority to do and perform all acts necessary for the settlement,
satisfaction, compromise, collection or adjustment of said account, and the Account Seller has retained no further interest
in said account or the proceeds thereof, for any purpose whatsoever.

4.    According to the records transferred to the Account Assignee from Account Seller, and maintained in the ordinary
course of business by the Account Assignee, there was due and payable from **MICHAEL P RILEY** ("Debtor and Co-
Debtor") to the Account Seller the sum of **$35,173.09** with the respect to account number **ending in 6341** as of the date of
11/30/2009 with there being no known un-credited payments, counterclaims or offsets against the said debt as of the date
of the sale.

5.    According to the account records of said Account Assignee, after all known payments, counterclaims, and/or
setoffs occurring subsequent to the date of sale, Account Assignee claims the sum of **$35,173.09** as due and owing as of
the date of this affidavit.

6.    Plaintiff believes that the defendant is not a minor or an incompetent individual, and declares that the Defendant is
not on active military service of the United States.

Portfolio Recovery Associates, LLC

By: _____Elaine Freeman-Lark_____, Custodian of Records

Subscribed and sworn to before me on    **OCT 0 4 2013**

Notary Public

Sandra A White
Commonwealth of Virginia
Notary Public
Commission No. 7242619
My Commission Expires 09/30/2017

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

2768750

**EXHIBIT 1**

**EXHIBIT D**

EXHIBIT D

1.14.14

To Fax# (757) 554-0586

Portfolio Recovery Associates, LLC
120 Corporate Boulevard
Norfolk, VA 23502

RE: Chase Bank USA NA Heritage bank One debt
Amnt: $35173.09

To Whom It May Concern,

I do not owe the debt you are trying to collect from me in the amount you are seeking to
collect. Please provide me with an itemization. Thanks.

Sincerely,

Michael P Riley
303 W Ohio St Apt 2309
Chicago IL 60654

**EXHIBIT E**

EXHIBIT E

ent.

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## _____ MUNICIPAL DISTRICT

LINE NO. _12_

_PORTFOLIO RECOVERY ASSOCIATES, LLC_

v.

_MICHAEL P. RILEY_

No. _13 M1 168970_

### MOTION CALL ORDER

Present before the Court: ☐ Plaintiff(s)   ☐ Defendant(s)   ☑ Plaintiff(s)' Counsel   ☑ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

IT IS HEREBY ORDERED that the Motion:

| | | |
|---|---|---|
| 4902 | ☐ to Vacate DWP of _____ | is GRANTED. |
| 5902 | ☐ | is DENIED. |
| 4902 | ☐ to Vacate Default Judgment of _____ | is GRANTED, |
| 4482 | ☐ and this case is set for Trial on _____, _____ at _____ a.m./p.m. in Rm. _____ | |
| 4482 | ☑ for Status on _MAY 12_, _2014_ at _9:30_ a.m./p.m. in Rm. _1112_ | |
| 5902 | ☐ to Vacate the Default Judgment of _____ | is DENIED. |
| 4902 | ☐ to Vacate the Dismissal of _____ | is GRANTED, |
| | and case is reinstated; Judgment for _____ | |
| 4001 | ☐ in the amount of $_____. | |
| 4384 | ☐ to Vacate Installment Order of _____ | is GRANTED, Judgment to stand. |
| 4280 | ☐ for Summary Judgment in favor of _____ | is GRANTED. |
| 5280 | ☐ | is DENIED. |
| 4226 | ☑ to Dismiss as to Defendant _MICHAEL P. RILEY_ | is GRANTED. |
| 5226 | ☐ | is DENIED. |
| ( ) | ☐ Motion to/for _____ | is CONTINUED |
| ( ) | ☐ for HEARING at _____ a.m./p.m. on _____, _____ in Rm. _____ | |
| ( ) | ☐ with the following briefing schedule: | |

_____

( )  ☐ Judgment is entered in favor of the Plaintiff _____ and against
the Defendant _____ in the sum of $_____ plus court costs.

( )  ☑ _PLAINTIFF GRANTED TO APRIL 28, 2014 TO FILE AN_
_AMENDED COMPLAINT; APRIL 31, 2014 STATUS AGES STRICKEN_

( )  ☐ See Attached Order: _____

Judge Dennis M. McGuire

Atty. No.: _44617_

Name: _MARIO KRIS KASALO_

Atty. for: _DEFENDANT_

Address: _20 N CLARK ST, STE 3100_

City/State/Zip: _CHICAGO, IL 60602_

Telephone: _312 726 6160_

ENTERED:

**MAR 10 2014**

Circuit Court – 1856

Dated: _____

Judge                    Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**EXHIBIT F**

EXHIBIT F

ORDER/MOTION CALL (This form replaces CCM1 0642)                    CCM 0624 /1112

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## FIRST MUNICIPAL DISTRICT

PORTFOLIO RECOVERY ASSOCIATES LLC                    LINE NO. _____ 1
        Plaintiff
                               NO. 13M1 168370

        vs.

MICHAEL P RILEY




        Defendant


### MOTION CALL ORDER

Present before the court: [___] Plaintiff [___] Defendant [_X_] Plaintiff's Counsel [_X_] Defendant's Counsel
      This matter having come before the court, the court having jurisdiction and being fully advised,
**IT IS HEREBY ORDERED:**

[___]  (4902)  To Vacated DWP of _____ is Granted.
[___]  (5902)                                                        is Denied.
[___]  (4902)  To Vacate Default Judgment of _____ is Granted.
[___]  (4482)  and this case is set for Trial on _____ at _____ a.m./p.m. in Rm. _____
[___]  (4482)         for Status on _____, _____ at _____ a.m./p.m. in Rm. _____
[___]  (5902)  To Vacate the Default Judgment of _____ is Granted.
[___]  (4902)  To Vacate the Dismissal of _____ is Granted.
             and case is reinstated; Judgment for _____
[___]  (4001)  in the amount of $_____.
[___]  (4384)  To Vacate Installment Order of _____ is GRANTED, Judgment to stand.
[___]  (4280)  For Summary Judgment in favor of _Defendant_ (is GRANTED.)
[___]  (5280)                                 is DENIED.
[_X_]  (4226)  To Dismiss as to Defendant _Michael P Riley_ (is GRANTED) _With Prejudice_
[___]  (5226)                                is DENIED. _on the merits_
[___]  (  )  Motion to/for _____ is CONTINUED
     (  )  for HEARING at _____ a.m./p.m. on, _____, _____ in Rm. _____
     (  )  with the following briefing schedule:
                  _____
                  _____

[___]  (  )  Judgment is entered in favor of the Plaintiff _____ and against
             the Defendant _____ in the sum of $_____ plus court costs.
[___]  (  )  _____

[___]  (  )  See Attached Order: _____

Attorney No. 01237
Blatt, Hasenmiller, Leibsker & Moore, LLC
Attorney for Plaintiff               ENTER:     DEC 0 2 2014
10 South LaSalle Street, Suite 2200
Chicago, Illinois 60603-1069
(312)704-9440                   Circuit Court – 1856
dlservice@bhlmlaw.com         Judge           Judge's No.
Ref # 2768750

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
PLTOMCOI (07/23/2014)

